■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. DEL TORO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—robbery, first degree.) Present—Denman, J. P., Boomer, Pine, Lawton and Schnepp, JJ.

■ In the Matter of MATTHEW T. HOGAN, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.

■ LINCOLN FIRST BANK, Plaintiff, v JOHN SHEWCHUN, Defendant.—Motion for permission to appeal to Appellate Division denied as unnecessary as the order is appealable as of right. (See, CPLR 5514.)